1 | VIRGINIA F. MILSTEAD (SBN 234578)
  | virginia.milstead@skadden.com
2 | SKADDEN, ARPS, SLATE, MEAGHER
  | & FLOM LLP
3 | 2000 Avenue of the Stars, Suite 200N
  | Los Angeles, California 90067
4 | Telephone: (213) 687-5000
  | Facsimile:  (213) 687-5600
5 |
6 | MICHAEL W. McTIGUE (of counsel)
  | michael.mctigue@skadden.com
7 | MEREDITH C. SLAWE (of counsel)
  | meredith.slawe@skadden.com
8 | SKADDEN, ARPS, SLATE, MEAGHER
  | & FLOM LLP
9 | One Manhattan West
  | New York, New York, 10001
10 | Telephone: (212) 735-3000
   | Facsimile:  (212) 735-2000

*Attorneys for Defendant Valve Corporation*

DANIELLE L. PERRY (SBN 292120)
dperry@masonllp.com
REUBEN A. AGUIRRE (SBN 319699)
raguirre@masonllp.com
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, D.C. 20015
Telephone:  (202) 429-2290

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| PAMELA WELTY, on behalf of herself and all persons similarly situated, | ) ) ) | CASE NO.: 1:25-cv-00696-SAB |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT STIPULATION SETTING TIME TO RESPOND TO CLASS ACTION COMPLAINT** |
| v. | ) ) | |
| VALVE CORPORATION, a corporation, | ) ) | Judge: Hon. Stanley A. Boone |
| Defendant. | ) ) ) ) ) ) ) | Courtroom: 9, 6th floor |

**JOINT STIPULATION SETTING TIME
TO RESPOND TO CLASS ACTION COMPLAINT**

Plaintiff Pamela Welty ("Plaintiff") and Defendant Valve Corporation ("Defendant"), by and through their respective undersigned attorneys, hereby stipulate as follows in the above-captioned civil action:

**WHEREAS**, on June 6, 2025, Defendant removed this putative class action from the Superior Court of California, County of Tuolumne, to this Court;

**WHEREAS**, under Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint would have been due on June 13, 2025, seven (7) days after the Notice of Removal was filed;

**WHEREAS**, pursuant to Local Rule 144, the Parties stipulated and agreed to a twenty-eight (28) day extension beyond the seven (7) day time period prescribed for the response by FRCP 81 (Dkt. No. 3);

**WHEREAS**, Defendant's response to the Complaint is currently due by July 11, 2025;

**WHEREAS**, Defendant intends to move this Court (i) to transfer this action to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404 and, separately, (ii) to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, pursuant to Local Rule 144, the Parties stipulate and agree (i) to an additional seven (7) day extension for Defendant to move to transfer pursuant to 28 U.S.C. § 1404, which would set Defendant's deadline to file that motion as July 18, 2025; and (ii) that Defendant will file its Rule 12(b)(6) motion or otherwise respond to the Complaint seven (7) days after the Court denies transfer or the Western District of Washington dockets the case;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between the Parties, by and through their undersigned attorneys of record that:

1.      Defendant's deadline to move this Court to transfer venue pursuant to 28 U.S.C. § 1404 is extended to July 18, 2025;

2.      Plaintiff's deadline to oppose Defendant's motion to transfer is accordingly extended to August 1, 2025;

3.      Defendant's deadline to file a reply in support of its motion to transfer is accordingly extended to August 11, 2025;

4.      Defendant's deadline to answer or otherwise reply to the Complaint is extended to either (i) seven (7) days after the Court enters an order denying transfer; or (ii) seven (7) days after the Western District of Washington dockets the case if the Court grants transfer;

5.      This extension of Defendant's deadline to file its motion to transfer and to respond to the Complaint is without prejudice to either party's right to seek relief from any deadlines from the Court; and

6.      Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue, or the claims set forth in this action.

DATED: July 9, 2025            SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP

                                By: /s/ *Virginia F. Milstead*
                                    Virginia F. Milstead
                                    *Attorneys for Defendant Valve Corporation*

DATED: July 9, 2025            MASON LLP
                                By: /s/ *Danielle L. Perry*
                                    Danielle L. Perry
                                    *Attorneys for Plaintiff Pamela Welty*

**IT IS SO ORDERED.**

DATED:_____        /s/_____
                                   HONORABLE STANLEY A. BOONE
                                   UNITED STATES MAGISTRATE JUDGE