| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WELTY,<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | Case No. 1:25-cv-00696-SAB<br><br>ORDER RE: STIPULATION SETTING TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE TO OCTOBER 30, 2025<br><br>(ECF No. 4) |

On July 8, 2025, the parties filed a stipulation to set deadlines for briefing on anticipated motions. (ECF No. 4.) The parties proffer that they agreed agree (i) to an additional seven (7) day extension for Defendant to move to transfer pursuant to 28 U.S.C. § 1404, which would set Defendant's deadline to file that motion as July 18, 2025; and (ii) that Defendant will file its Rule 12(b)(6) motion or otherwise respond to the complaint seven (7) days after the Court denies transfer or the Western District of Washington dockets the case without a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue, or the claims set forth in this action. (Id. at 2.) The Court finds good cause to enter the parties' stipulation.

To accommodate the parties' stipulated briefing schedule, the Court shall also continue the August 19, 2025 initial scheduling conference.

///

Accordingly, pursuant to the terms of the stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file its motion to transfer venue pursuant to 28 U.S.C. § 1404 by **July 18, 2025**;

2. Plaintiff's opposition to the anticipated motion to transfer shall be filed no later than **August 1, 2025**;

3. Defendant's reply, if any, in support of its motion to transfer shall be filed no later than **August 11, 2025**;

4. Unless otherwise ordered by this Court or the potential transferee court, Defendant's deadline to answer or otherwise reply to the Complaint is extended to:

    a. **Seven (7) days** after the Court enters an order denying transfer; or

    b. **Seven (7) days** after the transferee court dockets the case if the Court grants transfer; and

5. The initial scheduling conference shall be continued to **October 30, 2025 at 1:00 p.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:   **July 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge