1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WELTY, on behalf of herself and all persons similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION, a corporation,<br><br>                Defendant. | CASE NO.: 1:25-cv-00696-SAB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER**<br><br>Date:      August 20, 2025<br>Time:     10:00 am<br>Judge:    Hon. Stanley A. Boone<br><br>Courtroom:   9 |

**[PROPOSED] ORDER**

The Court, having considered Valve Corporation's Motion to Transfer, all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby GRANTS the Motion to Transfer. Pursuant to 28 U.S.C. § 1404(a), this action is transferred to the U.S. District Court for the Western District of Washington.

**IT IS SO ORDERED.**

DATED:_____, 2025

By:_____
    Honorable Stanley A. Boone
    United States Magistrate Judge